PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NATHAN ALLEN ATWATER, ) | |
| ) | CASE NO. 1:20-CV-735 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | **MEMORANDUM OF OPINION** |
| Defendant. ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Nathan Allen Atwater's application for supplemental security income ("SSI") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Darrell A. Clay for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On July 9, 2021, the magistrate judge submitted a Report and Recommendation (ECF No. 15) recommending that the Court reverse the Commissioner's decision and remand the case.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. On July 23, 2021, Defendant filed a Response to the Report and Recommendation (ECF No. 16), stating that Defendant will not be filing objections. Furthermore, Plaintiff has not filed any objections, evidencing satisfaction with the magistrate

(1:20-CV-735)

judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted.  The decision of the Commissioner of Social Security is reversed and the case remanded.

IT IS SO ORDERED.

   July 27, 2021                                 */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                           United States District Judge